UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Franco Salas, Jr.,

                              Plaintiff,

              -against-

Commissioner of Social Security,

                              Defendant.
------------------------------------------------------------------X

25-cv-07521-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

On October 8, 2025, in accordance with a standing order issued by Chief Judge Swain (amended on October 2, 2025), this Court issued an order staying all deadlines in this action, due to a lapse of funding to the United States Department of Justice. (ECF No. 137).

As of November 12, 2025, the funding was restored. Accordingly, the stay is hereby lifted. The deadline for Defendant to file the administrative record is extended to December 30, 2025.

    **SO ORDERED.**

DATED:    White Plains, New York
                11/18/2025

                                            _____
                                            VICTORIA REZNIK
                                            United States Magistrate Judge