**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
 FRANCO SALAS, JR.,

                                    Plaintiff,                    25 **CIVIL** 7521 (VR)

          -v-                                                     **<u>JUDGMENT</u>**


COMMISSIONER OF SOCIAL SECURITY,

                                    Defendant.
-------------------------------------------------------------------------X


    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Stipulation and Order dated April 20, 2026, that the Commissioner's

decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the

Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for

further administrative proceedings. Upon remand, the Commissioner will offer the plaintiff the

opportunity for a hearing and issue a new decision.

**Dated:**  New York, New York

    April 20, 2026


                                        **TAMMI M. HELLWIG**
                                        _____
                                           **Clerk of Court**


                         **BY:**          K. mango
                                        _____
                                           **Deputy Clerk**